

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00021-CV

Jose Manuel **PELAYO**,
Appellant

v.

Adriana C. **PELAYO**,
Appellee

From the County Court at Law No. 1, Webb County, Texas
Trial Court No. 2013CVG000070 C1
Honorable Alvino (Ben) Morales, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
                Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice

Delivered and Filed:  April 16, 2014

DISMISSED

Both appellant and appellee are pro se in this appeal.  On April 2, 2014, the parties filed a joint letter with this court asking that certain portions of their divorce decree be changed or "affirmed," and asking this court to grant their divorce on the terms mentioned in the letter and to change appellee's last name.  We will treat this letter as a motion to dismiss based on the parties reaching an agreement regarding their divorce decree.

We dismiss the appeal.  However, rather than enter the divorce decree on the terms requested by the parties, we instead remand this cause to the trial court to enter a decree pursuant

to the parties' agreement.  The parties should submit their letter-agreement to the trial court for further proceedings.

PER CURIAM